Paul D. Powell, Esq. (SBN 7488)
Tom W. Stewart, Esq. (SBN 14280)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com | tom@tplf.com
Phone: (702) 728-5500
Fax: (702) 728-5501
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA BERARD, individually, SCOTT BERARD, individually, DAMARIS BERARD, invididually,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTINE ANNETTE DALE, individually, DOES I-X, and ROE CORPORATIONS I-X,<br><br>Defendant. | Case No.   2:21-cv-01855-JCM-BNW<br><br>**PROPOSED JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LOCAL RULE 26-1(b)** |

Pursuant to Local Rule 26-1(b), Plaintiffs Melissa, Scott, and Damaris Berard, by and through their counsel, The Powell Law Firm, and defendant Christine Anette Dale, by and through her counsel of Kravitz, Schnitzer, Johnson, Watson & Zeppenfeld, Chtd., hereby submit this proposed joint discovery plan and scheduling order.

///

**Rule 26(f) conference**

Tom W. Stewart for the plaintiffs and M. Bradley Johnson for the defendant participated in the Rule 26(f) conference on **December 3, 2021** and there were no discovery disputes at that time. The parties agreed to exchange their initial disclosure statements in a timely manner and agree to submit any supplements in a timely manner. Although the parties had not previously exchanged disclosure statements, counsel discussed the allegations in this case and the damages claimed in this suit. After the discussions by counsel and due to the fact that no discovery was conducted in the state court proceedings, counsel believe that six months will be needed to complete discovery. Accordingly, counsel request 180 days from the date of the Rule 26 discovery to complete discovery. The parties' proposed discovery schedule is below:

1.  **Discovery Cut-Off Date:** Defendant filed its notice of removal on **October 7, 2021** and the parties are requesting 180 days for discovery from the date of the Rule 26(f) discovery conference. Prior to filing the notice of removal counsel had not conducted any discovery and counsel will need six months to recover medical records in order to retain experts and timely disclose their opinions. Thus, the parties request a discovery cut-off date of **June 3, 2022**—180 days after the Rule 26(f) conference.

2.  **Amending the Pleading and Adding Parties**: The parties request that all motions to amend the pleadings or to add parties be filed no later than **March 4, 2022**—90 days prior to the proposed close of discovery.

3.  **Rule 26(a)(2) Disclosures (Experts):** The parties request the disclosure of expert be made on or before **April 4, 2022**—60 days before the proposed discovery cut off date. Disclosure of rebuttal experts shall be made by **May 6, 2022**—32 days after the initial disclosure of experts.

5.  **Dispositive Motions:**  The date for filing dispositive motions shall be no later than **July 5, 2022**—32 days after the proposed discovery cut-off date. If the discovery period is extended from the discovery cut-off date set forth in this proposed discovery plan and scheduling order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

6.  **Pretrial Order:** The date for filing the joint pretrial order shall not be later than **August 4, 2022**—30 days after the cut-off date for filing dispositive motions. If dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court. In the even that the discovery period is extended from the discovery cut-off date set forth in this discovery plan and scheduling order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

7.  **Rule 26(a)(3) disclosures:**  The disclosures required by Rule 26(a)(3), and any objection thereto, shall be included in the joint pretrial order.

8.  **Alternative Dispute Resolution:** Counsel for the parties certify that they met and conferred about the possibility of using alternative dispute resolution including mediation, arbitration and/or an early neutral evaluation. The parties agree that an early neutral evaluation would not be effective at this time as the parties and their counsel believe that it is necessary to conduct discovery before attempting to resolve this case. Counsel further agree that a settlement conference will be beneficial after discovery is concluded. Finally, the parties and their counsel are not interested in submitting this case to arbitration.

/ / /

9. **Alternative Forms of Case Disposition:** The parties certify that they discussed consenting to trial by a magistrate judge or engaging in the short trial program under Rule 73 and at present do not consent to either alternative form of case disposition.

10. **Electronic Evidence:** The parties certify that they have discussed and intended to use electronic evidence at the trial of this matter and will ensure that said evidence is in an electronic format compatible with the court's electronic jury evidence system. At present, the parties have not agreed upon any stipulations regarding use of electronic evidence but will address this issue again in the pre-trial order.

11. **Extensions or Modifications of the Discovery Plan and Scheduling Order:** Any stipulation or motion must be made no later than 21 days before the subject deadline. Requests to extend discovery deadlines must comply fully with Local Rule 26-3.

Dated December 10, 2021.

| | |
|---|---|
| THE POWELL LAW FIRM | KRAVITZ, SCHNITZER, JOHNSON, WATSON & ZEPPENFELD, CHTD |
| /s/ Tom W. Stewart<br>Tom W. Stewart<br>8918 Spanish Ridge Avenue, Suite 100<br>Las Vegas, Nevada 89148<br>Attorney for Plaintiffs | /s/ M. Bradley Johnson<br>M. Bradley Johnson, Esq.<br>8985 South Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: December 13, 2021