M. BRADLEY JOHNSON, ESQ.
Nevada Bar No. 4646
KRAVITZ, SCHNITZER, JOHNSON, WATSON & ZEPPENFELD, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
E-Mail: bjohnson@ksjattorneys.com
*Attorneys for Defendant Christine Annette Dale*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA BERARD, individually, SCOTT BERARD, individually, DAMARIS BARARD, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CHRISTINE ANNETTE DALE, individually, DOES I-X, and ROE CORPORATIONS I-X, <br><br> Defendant. | Case No.: 2:21-cv-01855 |

IT IS HEREBY STIPULATED by and between Plaintiffs, MELISSA BERARD, individually, SCOTT BERARD, individually, DAMARIS BARARD, individually (hereinafter "Plaintiffs"), by and through its counsel of record, THE POWELL LAW FIRM and Defendant, CHRISTINE ANNETTE DALE (hereinafter "Dale"), by and through its counsel of record, KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD., that Plaintiff's claims against Christine Annette Dale be dismissed with prejudice.

1

1    IT IS HEREBY FURTHER STIPULATED that each party shall bear their own fees and costs as to this action.

DATED this 22nd day of March, 2022.

| | |
|---|---|
| **KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD.** | **THE POWELL LAW FIRM** |
| By: */s/ Bradley Johnson, Esq.* <br> M. BRADLEY JOHNSON, ESQ. <br> Nevada Bar No. 4646 <br> KRAVITZ, SCHNITZER, JOHNSON, WATSON & ZEPPENELD, CHTD. <br> 8985 S. Eastern Avenue, Suite 200 <br> Las Vegas, Nevada  89123 <br> Tel:  (702) 362-6666 <br> Fax:  (702) 362-2203 <br> bjohnson@ksjattorneys.com <br> *Attorneys for Defendant* | By: */s/ Jonathan C. Roberts, Esq.* <br> Paul D. Powell, Esq. <br> Jonathon C. Roberts, Esq. <br> 8918 Spanish Ridge Ave. Suite 100 <br> Las Vegas, NV 89148 <br> *Attorneys for Plaintiff* |

## ORDER

Based on the above referenced parties' stipulation and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's claims against Christine Annette Dale is hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party shall bear its own fees and costs as to this action.

DATED March 23, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE